```
                                              FILED
                                         GREAT FALLS DIV.

                                         '07 MAR 8 PM 3 28

                                         PATRICK E. ___ CLERK
                                         BY _____
                                              DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>EVAN JAMES QUNELL,<br><br>　　　　　　　　　　Defendant. | No. CR-07-03-GF-SEH<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Keith Strong, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Count I of the Superseding Indictment is hereby accepted. The Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 8th day of March, 2007.

　　　　　　　　　　　　　　　　　　_/s/ Sam E. Haddon_
　　　　　　　　　　　　　　　　　　SAM E. HADDON
　　　　　　　　　　　　　　　　　　United States District Judge

-1-