# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Respondent, <br><br> vs. <br><br> EVAN JAMES QUNELL, <br><br> Defendant/Movant. | CR 07-03-GF-BMM <br> CV 16-62-GF-BMM <br><br><br> **ORDER DENYING § 2255 MOTION AND DENYING CERTIFICATE OF APPEALABILITY** |

This matter comes before the Court on Defendant/Movant Qunell's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The defendant is a federal prisoner represented by Assistant Federal Defender David Ness. He seeks relief under *Johnson v. United States*, __ U.S. __, 135 S. Ct. 2551 (2015), against his designation as a career offender, *see* U.S.S.G. § 4B1.1.

The Court granted Qunell's motion to defer ruling on his § 2255 motion for 14 days on March 15, 2017. Order (Doc. 388). Despite the deferral, Qunell did not timely file anything.

Qunell's § 2255 motion appears to lack merit. *Johnson* announced a new rule that is retroactive to cases, like Qunell's, on collateral review. *See Welch v. United States*, __ U.S. __, 136 S. Ct. 1257 (2016). The Supreme Court now has held that provisions of the advisory sentencing guidelines are not subject to constitutional challenges on grounds of vagueness. *See Beckles v. United States*,

1

__ U.S. __, 137 S. Ct. 886, 890 (2017). The reasoning of *Johnson* cannot support relief for Qunell under § 2255.

A certificate of appealability is not warranted as Qunell has failed to make a substantial showing that he was deprived of a constitutional right. 28 U.S.C. § 2253(c)(2).

Accordingly, IT IS HEREBY ORDERED:

1. Qunell's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 382) is DENIED.

2. A certificate of appealability is DENIED. The clerk shall immediately process the appeal if Qunell files a Notice of Appeal;

3. The clerk shall ensure that all pending motions in this case and in CV 16-62-GF-BMM are terminated and shall close the civil file by entering judgment in favor of the United States and against Qunell.

DATED this 12th day of October, 2017.

_____
Brian Morris
United States District Court Judge